UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHING LEE,<br>        Plaintiff,<br><br>    v.<br><br>KAMALA D. HARRIS,<br>        Defendant. | Case No.  15-cv-05316-SK<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Regarding Docket No. 6 |

On December 31, 2015, Plaintiff Ching Lee filed an Application for Stay and Abeyance of Federal Habeas Corpus Writ, which was served on Defendant on January 4, 2016 (Docket No. 7).

The Court hereby ORDERS that:

1. Defendant's shall consent or decline to the assignment of the magistrate judge by January 27, 2016.

2. Opposition shall be filed no later than February 12, 2016.

3. Plaintiff's reply, if any, shall be filed no later than February 19, 2016.

4. Plaintiff shall serve a copy of this order on Defendant by no later than January 14, 2016.

**IT IS SO ORDERED**.

Dated: January 12, 2016



SALLIE KIM
United States Magistrate Judge