1

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5 **SAN JOSE DIVISION**

6

7 CHING LEE,                                        Case No. 15-cv-05316-BLF

Plaintiff,

8

v.

9                                                    **ORDER SETTING BRIEFING
SCHEDULE ON PLAINTIFF'S
APPLICATION FOR STAY AND
ABEYANCE OF FEDERAL HABEAS
CORPUS WRIT**

10 KAMALA D. HARRIS,

Defendant.

11

12

13          On January 29, 2016, this action was re-assigned to the undersigned.  ECF 12.  Prior to the

14 re-assignment, Judge Kim set a briefing schedule for Plaintiff's Application for Stay and

15 Abeyance of Federal Habeas Corpus Writ.  ECF 8.  The briefing schedule set by Judge Kim shall

16 still be in effect and accordingly, the Court ORDERS that Defendant's opposition to Plaintiff's

17 application, if any, shall be filed **on or before February 12, 2016** and Plaintiff's reply, if any,

18 shall be filed **on or before February 19, 2016**.

19          **IT IS SO ORDERED.**

20 Dated: February 1, 2016

21

_____

22 BETH LABSON FREEMAN
United States District Judge

23

24

25

26

27

28

United States District Court
Northern District of California