UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHING LEE,

          Petitioner,

    v.

KAMALA D. HARRIS,

          Respondent.

Case No. 15-cv-05316-BLF

**ORDER RE: ANSWER TO PETITION FOR HABEAS CORPUS**

Pursuant to Habeas Corpus Local Rule 2254-6(b), the Court hereby orders Respondent Kamala Harris to answer the petition for habeas corpus. Respondent shall serve and file her Answer, and all accompanying materials as defined in Rule 2254-6(b), no more than 60 days from the date this Order issues.

Petitioner shall have 30 days from the date of Respondent's Answer to file with this Court a Traverse, pursuant to Rule 2254-6(c). Requests for enlargement of time by either party must company with the applicable Civil Local Rules for enlargement of time.

**IT IS SO ORDERED.**

Dated: April 13, 2016

_____
BETH LABSON FREEMAN
United States District Judge